IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BETTY WASHINGTON

v            CIVIL ACTION NO. 13-5091

CAROLYN W. COLVIN,
ACTING COMMISSIONER OF THE
SOCIAL SECURITY ADMINISTRATION

FILED
SEP 15 2014
MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

## ORDER

AND NOW, this 15th day of September, 2014, upon consideration of Plaintiff's request for review, Defendant's response and Plaintiff's reply brief, and after review of the Report and Recommendation of Carol Sandra Moore Wells, Chief United States Magistrate Judge, and the entire record, it is **ORDERED** as follows:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. This matter is **REMANDED** to the Commissioner of Social Security Administration to allow the Administrative Law Judge (ALJ) to conduct additional proceedings consistent with the Report and Recommendation. On remand, the ALJ shall: (a) reassess Drs. Chintana Suanlarm and Emil Sfedu's opinions regarding Plaintiff's handling and environmental restrictions; (b) expressly consider the limiting effects of Plaintiff's obesity at steps three, four and five of the sequential evaluation process; (c) reconsider Plaintiff's residual functional capacity, considering all of her physical and mental limitations; and (d) pose hypothetical questions to the vocational expert which take into account all of

Plaintiff's credible limitations, including her environmental and handling restrictions.

**IT IS SO ORDERED.**

**BY THE COURT:**

_____
**R. BARCLAY SURRICK, J.**